UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JAMES COOKS,<br>　　　　　Plaintiff,<br>　　v.<br>CONTRA COSTA COUNTY,<br>　　　　　Defendant. | Case No. 20-cv-02695-PJH<br><br>**ORDER RE: MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 19 |

Before the court is plaintiff's motion for extension of time to file an opposition to defendant's motion to dismiss. Dkt. 19. Defendant has not filed a response or opposition to plaintiff's motion. As an initial matter, in order to practice in this court, an attorney must be a member of the bar of this court or meet one of the exceptions described in Civil Local Rule 11-2, 11-3, 11-9, or Federal Rule of Civil Procedure 45(f). See Civ. L.R. 11-1(a). A clerk's notice was issued requiring counsel to demonstrate that they are admitted to practice before this court. Dkt. 12. No response has been filed.

Accordingly, the court GRANTS plaintiff's motion for extension of time and plaintiff's opposition shall be filed on or before July 17, 2020 and defendant's reply shall be filed on or before July 24, 2020. However, the court will not consider plaintiff's opposition until plaintiff's counsel complies with Civil Local Rule 11 and demonstrates admission to practice before the court.

**IT IS SO ORDERED.**

Dated: July 9, 2020

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge