UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER JAMES COOKS,

    Plaintiff,

    v.

CONTRA COSTA COUNTY,

    Defendant.

Case No. 20-cv-02695-PJH

**JUDGMENT**

The issues having been duly heard and the court having granted defendant's motion to dismiss the first amended complaint with prejudice,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 30, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge